PER CURIAM.
Affirmed. Fire Association of Philadelphia v. Evansville Brewing Association, 73 Fla. 904, 75 So. 196, 198 (1917); Williams v. State, 472 So.2d 1350, 1352-53 (Fla. 2d DCA 1985); Hudson v. Prudential Property & Casualty Insurance Co., 450 So.2d 565, 568 (Fla. 2d DCA 1984); Mt. Sinai Hospital of Greater Miami v. Steiner, 426 So.2d 1154, 1155 (Fla. 3d DCA 1983); Beth S. v. Grant Associates, Inc., 426 So.2d 1008 (Fla. 3d DCA 1983); Davison v. First Federal Savings & Loan Association of Orlando, 413 So.2d 1258, 1259 n. 1 (Fla. 5th DCA 1982); Swan v. Florida Farm Bureau Insurance Co., 404 So.2d 802, 804 (Fla. 5th DCA 1981); Tabasky v. Dreyfuss, 350 So.2d 520, 521 (Fla. 3d DCA 1977); Liberty Mutual Insurance Co. v. Flitman, 234 So.2d 390, 391 (Fla. 3d DCA 1970); Allstate Insurance Co. v. Coin-O-Mat, Inc., 202 So.2d 598, 599 (Fla. 1st DCA 1967); Henningsen v. Smith, 174 So.2d 85 (Fla. 2d DCA 1965); § 59.041, Fla.Stat. (1983); Annot., 65 A.L.R.3d 1128, 1132-33 (1975).